## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTINA PROTHERO,** <br> **on behalf of A.M.P., a minor child,** <br><br> Plaintiff, <br><br> v. <br><br> **CAROLYN W. COLVIN,** <br> **Acting Commissioner of Social** <br> **Security Administration,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-12-227-RAW-KEW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 5, 2013, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 25th day of September, 2013.

Dated this 25th day of September, 2013.

Ronald A. White
United States District Judge
Eastern District of Oklahoma